920

■ JAMES J. MINOGUE, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— In an action to recover damages for injuries to person and property, the appeal is from a judgment dismissing the complaint on the merits at the close of appellant's case, on the ground that appellant had failed to establish freedom from contributory negligence as a matter of law. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ DONN F. NIESZ et al., Doing Business as NIESZ & MULDOON, Respondents, v. SAMUEL KARLOW et al., Appellants.— In an action to recover a brokerage commission, the appeal is from an order of the City Court of Mount Vernon denying appellants' motion for summary judgment dismissing the complaint (Rules Civ. Prac., rule 113). Order affirmed, with $10 costs and disbursements. The record discloses the presence of triable issues of fact. Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ., concur; Murphy, J., deceased.

■ PARKPLAIN REALTY CORP., Appellant, v. JOSEPH M. SALEH, Respondent.— In an action by a vendee named in a contract for the purchase and sale of real property to recover $2,500 paid on account of the purchase price, the appeal is from a judgment, entered after trial before the court without a jury, dismissing the complaint. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY ANDELLO, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Kings County, sentencing appellant, after he had been found guilty by the court of endangering the life and health of a child (Penal Law § 483), to serve six months in the New York City Penitentiary. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.